**STATE of Missouri, Respondent,**

v.

**RONALD L. Robinson, Appellant.**

**No. ED 85371.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 10, 2006.

Jessica Hathaway, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ronald S. Ribaudo, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before NANNETTE A. BAKER, P.J. and ROBERT G. DOWD, JR. and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Defendant, Ronald Robinson, appeals from the judgment entered after a jury found him guilty of robbery in the first degree and attempted robbery in the first degree. On appeal, defendant argues that the victims' identifications of him were the result of impermissibly suggestive police

---

1. All statutory references are to RSMo 1994, unless otherwise indicated.

procedures and this rendered the victims' identifications unreliable.

No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 30.25(b).